SPENCER'S CASE.

BEING imprisoned for debt, he had applied for relief, under the act of 1808, ch. 16, and the Court under the 6th section of that act, had appointed commissioners to investigate his affairs. They made their report, which was, on the motion of *Baldwin*, on behalf of the creditors, rejected, because it was not *under seal*, as the act requires.

SPRING 1812.
II. District.

BAYON
*vs.*
RIVET.

Insolvent's commissioners' return, is to be *under seal.*